TIMOTHY I. MARKS (SBN 118551)
TIMOTHY I. MARKS & ASSOCIATES
4753 E. Olive Ave., Suite 103
Fresno, CA 93702
Telephone: 559.251.5324
Facsimile: 559.251.5483

Attorney for Plaintiffs
CHIERFUE HER and GE XIONG


STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637-9100
Facsimile:  650.637-8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY
(Erroneously sued as State Farm Insurance Company)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIERFUE HER and GE XIONG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY, and DOES 1 to 20,<br><br>Defendant. | CASE NO.   1:13-CV-01095-AWI-GSA<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER TO EXTEND DISCOVERY DEADLINES AND TO CONTINUE THE HEARING ON STATE FARM'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's September 25, 2013 Scheduling Order (Dkt 8) as follows:

**I.
RECITALS**

1.     The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The parties wish to litigate this matter in a cost effective manner and

505227                                                    -1-

1  avoid unnecessary attorney fees and costs.

2      2.   The parties have exchanged their initial disclosures pursuant to Fed.R.Civ.P., Rule 26 and have exchanged written discovery requests.  Plaintiffs have responded to State Farm's written discovery and State Farm's responses to plaintiffs' written discovery is due on March 24, 2014.

3.   The current deadline to complete non-expert discovery is March 28, 2014.  Expert disclosures are currently due on April 4, 2014, supplemental expert disclosures on April 18, 2014 and the expert discovery cutoff is May 16, 2014.  The deadline to file dispositive motions is June 13, 2014.  Trial is currently set for November 4, 2014 with a pre-trial conference on September 11, 2014.

4.   On March 6, 2014, State Farm filed a motion for summary judgment.  (Dkt 9 – 11.) State Farm obtained a hearing date of April 7, 2014.  The parties have met and conferred regarding the motion for summary judgment pursuant to the September 25, 2013 Scheduling Order and determined that the motion and State Farm's separate statement of undisputed facts in support thereof are still necessary.

5.   State Farm's summary judgment motion seeks a ruling on case-dispositive legal issues.  The parties recognize that the Court's determination of a motion for summary judgment or partial summary judgment could terminate this case.  The parties would like to obtain a ruling on State Farm's motion for summary judgment before incurring the cost of taking depositions and conducting expert discovery, which would not be necessary if State Farm prevails on its motion.

6.   In addition, based on the current hearing date of April 7, 2014, plaintiffs' opposition to the motion for summary judgment is due on March 24, 2014, the same day as State Farm's responses to plaintiffs' written discovery.

7.   In order to give plaintiffs an opportunity to review State Farm's discovery responses with sufficient time to prepare an opposition to the motion for summary judgment, and to avoid unnecessary attorney fees and costs in having to take depositions and retain experts, the parties have agreed to submit the instant Stipulation and [Proposed] Order to Partially Revise the Court's Case Management Order to Extend Discovery Deadlines and to Continue the Hearing on State Farm's Motion for Summary Judgment.

8.   The parties also agree to the Court's revision of other dates and deadlines in the Case

505227                                                           -2-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER AND TO CONTINUE THE MSJ HEARING - CASE NO. 1:13-CV-01095-AWI-GSA**

Management Order if the Court deems any such revisions necessary, consistent with having State Farm's summary judgment motion resolved before the non-expert and expert discovery deadlines.

Accordingly, the parties hereby stipulate to revising the Court's September 25, 2013 Scheduling Order and to continue the hearing on State Farm's motion for summary judgment as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Non-expert Discovery Cutoff | May 16, 2014 (currently March 28, 2014) |
| 2. | Opening Expert Reports | June 13, 2014 (currently April 4, 2014) |
| 3. | Rebuttal Expert Reports | June 27, 2014 (currently April 18, 2014) |
| 4. | Expert Discovery Cutoff | July 11, 2014 (currently May 16, 2014) |
| 5. | Hearing on State Farm's Motion for Summary Judgment | April 28, 2014 (currently April 7, 2014) |

The remaining deadlines, dates and requirements set forth in the Court's September 25, 2013 Scheduling Order remain unchanged.

Dated: March _____, 20014    TIMOTHY I. MARKS & ASSOCIATES

By _____
TIMOTHY I. MARKS
Attorneys for Plaintiffs
CHIERFUE HER and GE XIONG

505227                                    -3-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER AND TO CONTINUE THE MSJ HEARING - CASE NO. 1:13-CV-01095-AWI-GSA**

1 | Dated: March _____, 2014        HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
2
3 |                                   By_____
4 |                                      STEPHEN M. HAYES
   |                                      STEPHEN P. ELLINGSON
5 |                                      JAMIE A. RADACK
   |                                      Attorneys for Defendant
6 |                                      STATE FARM GENERAL INSURANCE
   |                                      COMPANY

505227                              -4-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER AND TO CONTINUE THE MSJ HEARING - CASE NO. 1:13-CV-01095-AWI-GSA**

**ORDER**

Pursuant to the parties' stipulation, the deadlines for Opening Expert Reports, Rebuttal Expert Reports and the Expert Discovery Cutoff are continued as follows:

1. Non-expert Discovery Cutoff    May 16, 2014
   (currently March 28, 2014)

2. Opening Expert Reports    June 13, 2014
   (currently April 4, 2014)

3. Rebuttal Expert Reports    June 27, 2014
   (currently April 18, 2014)

4. Expert Discovery Cutoff    July 11, 2014
   (currently May 16, 2014)

5. Hearing on State Farm's    April 28, 2014
   Motion for Summary Judgment    (currently April 7, 2014)

The remaining deadlines, dates and requirements set forth in the Court's September 25, 2013 Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:   March 13, 2014          _____
                                  SENIOR DISTRICT JUDGE

505227                           -5-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER AND TO CONTINUE THE MSJ HEARING - CASE NO. 1:13-CV-01095-AWI-GSA**