UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIERFUE HER and GE XIONG,**<br><br>    **Plaintiffs**<br><br>    v.<br><br>**STATE FARM INSURANCE COMPANY, and DOES 1-20,**<br><br>    **Defendants** | **CASE NO. 1:13-CV-1095 AWI GSA**<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION** |

   Defendant has filed a motion for summary judgment that is set for hearing on April 28, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2014, is VACATED, and the parties shall not appear at that time. As of April 28, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 22, 2014                                          _____
                                                                                  SENIOR DISTRICT JUDGE