TIMOTHY I. MARKS (SBN 118551)
TIMOTHY I. MARKS & ASSOCIATES
4753 E. Olive Ave., Suite 103
Fresno, CA 93702
Telephone: 559.251.5324
Facsimile: 559.251.5483

Attorney for Plaintiffs
CHIERFUE HER and GE XIONG


STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637-9100
Facsimile:   650.637-8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY
(Erroneously sued as State Farm Insurance Company)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIERFUE HER and GE XIONG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY, and DOES 1 to 20,<br><br>Defendant. | CASE NO.   1:13-CV-01095-AWI-GSA<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER** |

    Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's September 25, 2013 Scheduling Order (Dkt 8) as follows:

# I.
# RECITALS

1.    On March 6, 2014, State Farm filed a motion for summary judgment.  (Dkt 9 – 1.) State Farm obtained a hearing date of April 7, 2014.  The parties have met and conferred regarding the motion for summary judgment pursuant to the September 25, 2013 Scheduling Order and

determined that the motion and State Farm's separate statement of undisputed facts in support thereof are still necessary.

    2.    Trial is currently set for November 4, 2014 with a pre-trial conference on September 11, 2014.  The parties would like to obtain a ruling on State Farm's motion for summary judgment before incurring the additional attorney fees and costs that would not be necessary if State Farm prevails on its motion.  Accordingly, the parties hereby stipulate to revising the Court's September 25, 2013 Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

1.  Final Pretrial Conference                 July 8, 2015 at 8:30 a.m.
                                                                   Courtroom 2, 8th Floor
                                                                   (currently September 11, 2014)

2.  Trial                                                       September 1, 2015 at 8:30 a.m.
                                                                   Courtroom 2, 8th Floor
                                                                   (currently November 4, 2014)

Dated: August 28, 2014          TIMOTHY I. MARKS & ASSOCIATES

                                     By      */S/ Timothy I. Marks*
                                                 TIMOTHY I. MARKS
                                                 Attorneys for Plaintiffs
                                                 CHIERFUE HER and GE XIONG

Dated: August 28, 2014          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

                                     By      */S/ Stephen P. Ellingson*
                                                 STEPHEN M. HAYES
                                                 STEPHEN P. ELLINGSON
                                                 Attorneys for Defendant
                                                 STATE FARM GENERAL INSURANCE COMPANY

**ORDER**

Pursuant to the parties' stipulation, the Pre-Trial Conference and Trial are continued as follows:

1. Final Pretrial Conference — July 8, 2015 at 10:30 a.m.
   Courtroom 2, 8th Floor
   (currently September 11, 2014)

2. Trial — September 1, 2015 at 8:30 a.m.
   Courtroom 2, 8th Floor
   (currently November 4, 2014)

IT IS SO ORDERED.

Dated: **September 2, 2014**         **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

540991                              -3-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER - CASE NO. 1:13-CV-01095-AWI-GSA**