1  TIMOTHY I. MARKS (SBN 118551)
   TIMOTHY I. MARKS & ASSOCIATES
2  4753 E. Olive Ave., Suite 103
   Fresno, CA 93702
3  Telephone: 559.251.5324
   Facsimile: 559.251.5483

4
   Attorney for Plaintiffs
5  CHIERFUE HER and GE XIONG

6
7  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
   JAMIE A. RADACK (SBN 221000)
8  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Suite 480
9  Redwood City, CA 94065
   Telephone:  650.637-9100
10 Facsimile:   650.637-8071

11 Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
12 (Erroneously sued as State Farm Insurance Company)

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15
   CHIERFUE HER and GE XIONG,          CASE NO.    1:13-CV-01095-AWI-GSA
16
                 Plaintiffs,           **STIPULATION AND ORDER OF**
17                                      **DISMISSAL**
          v.                           **[Fed. Rule Civ. Proc., Rule 41(a)(1)]**
18
   STATE FARM INSURANCE COMPANY, and
19 DOES 1 to 20,

20               Defendant.

21

22

23        IT IS HEREBY STIPULATED by Plaintiffs Chierfue Her and Ge Xiong through their

24 attorney of record, Timothy I. Marks of Timothy I. Marks & Associates, and Defendant State Farm

25 General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott

26 Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED

27 WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear

28 their own costs. The Clerk is directed to close this case.

Dated: June 6, 2015                 TIMOTHY I. MARKS & ASSOCIATES


By_____/S/ Timothy I. Marks_____
          TIMOTHY I. MARKS
          Attorneys for Plaintiffs
          CHIERFUE HER and GE XIONG


Dated: June 25, 2015                HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By_____/S/ Stephen P. Ellingson_____
          STEPHEN M. HAYES
          STEPHEN P. ELLINGSON
          Attorneys for Defendant
          STATE FARM GENERAL INSURANCE
          COMPANY


**ORDER**

IT IS SO ORDERED.

Dated:   June 26, 2015         _____

                              SENIOR  DISTRICT  JUDGE